ERIC J. GLASSMAN (SBN 160543)
Email: glassman@mgslaw.com
Mennemeier Glassman LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:   (916) 553-4000
Facsimile:    (916) 553-4011


MICHAEL D. MULVANEY, Esq. (*Pro hac intended*)
Email: mmulvaney@maynardcooper.com
DAVID P. DONAHUE, Esq. (*Pro hac intended*)
Email: ddonahue@maynardcooper.com
MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
Telephone:   (205) 254-1000
Facsimile:    (205) 254-1999

Attorneys for Plaintiff
AMERICAN GENERAL LIFE
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>FATIMA RAHIEM,<br><br>            Defendant. | CASE NO. 2:13-CV-01212-JAM-CKD<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO EXTEND TIME FOR SERVICE** |

THE COURT, having reviewing Plaintiff's "Ex Parte Application to Extend Time for Service," hereby GRANTS Plaintiff's request and orders that Plaintiff be given ninety days from the date of this order to file a proof of service of process.

IT IS SO ORDERED.

DATED:  11/8/2013

/s/ John A. Mendez

Hon. John A. Mendez
United States District Court Judge