Eric J. Glassman (SBN 160543)
Email: glassman@mgslaw.com
MENNEMEIER GLASSMAN LLP
980 9th Street, Suite 1780
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011

Tara B. Sprague (Pro hac vice)
Email: tsprague@maynardcooper.com
MAYNARD, COOPER & GALE P.C.
1901 Sixth Avenue North
Suite 2400 Regions/Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999

Attorneys for Plaintiff and Counterdefendant
American General Life Insurance Company

David E. Weiss (SBN 148147)
Email: dweiss@reedsmith.com
Melissa A. Meth (SBN 263571)
Email: mmeth@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: + 415 543 8700
Facsimile: + 415 391 8269

Attorneys for Defendant and Counterclaimant
Fatima Rahiem

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>        v.<br><br>FATIMA RAHIEM<br><br>                    Defendant.<br><br>AND RELATED CROSS CLAIM. | Case No.  2:13-cv-01212-JAM-CKD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE;  ORDER**<br><br>[Filed Concurrently With Notice Of Settlement]<br><br>Honorable John A. Mendez |

1

## STIPULATION OF DISMISSAL WITH PREJUDICE

2      Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff and Counterdefendant

3  AMERICAN GENERAL INSURANCE COMPANY and Defendant and Counterclaimant FATIMA

4  RAHIEM, through their respective attorneys of record, hereby stipulate that this action and all

5  claims, including all counterclaims and defenses therein, be dismissed with prejudice. Each party is

6  to bear its own costs and attorneys' fees.

7      IT IS SO STIPULATED.

8  DATED:  March 23, 2015

9                                                    By:  _____/s/ Tara B. Sprague_____
                                                          Eric J. Glassman
10                                                         MENNEMEIER GLASSMAN LLP

11                                                        Tara B. Sprague (Pro hac vice)
                                                          MAYNARD, COOPER & GALE P.C.
12
                                                          Attorneys for Plaintiff and Counterdefendant
13                                                        AMERICAN GENERAL LIFE INSURANCE
                                                          COMPANY
14

15  DATED:  March 23, 2015

16

17                                                   By:  _____/s/ Melissa A. Meth_____
                                                          David E. Weiss
18                                                        Melissa A. Meth
                                                          REED SMITH LLP
19                                                        Attorneys for Defendant and Counterclaimant
                                                          FATIMA RAHIEM
20

21

22      Based on the parties' stipulation, and good cause appearing, **IT IS SO ORDERED**.

23

24
    Dated:  3/23/2015                                _/s/ John A. Mendez_____
25                                                   The Honorable John A. Mendez
                                                     United States District Court Judge
26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware